JS-6

Paul Caleo, State Bar No. 153925
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHIRAIR SHAMILYAN,<br><br>  Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., dba THE HOME DEPOT, and DOES 1 TO 100, Inclusive,<br><br>  Defendants. | No. CV12-3227 MWF (AJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation IT IS ORDERED that:

The action be, and hereby is, dismissed with prejudice. The Clerk of the Court is ordered to close the file. The parties to bear their own costs.

DATED: November 21, 2012

_____
Honorable Michael W. Fitzgerald
United States District Court Judge